

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00364-CV

IN RE: THE COMMITMENT OF JEFFERY LEE STODDARD

§ On Appeal from the 371st District Court

§ of Tarrant County (D371-S-13391-16)

§ January 27, 2022

§ Memorandum Opinion by Chief Justice Sudderth

## JUDGMENT ON REMAND

This appeal is on remand from the Texas Supreme Court. This court has again considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth